IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KRISTEN CAMPANELLA                                                        PLAINTIFF

V.                                                      CAUSE NO. 1:16-CV-127-SA-DAS

OKTIBBEHA COUNTY, MISSISSIPPI                                          DEFENDANT

AGREED ORDER

The Court was informed by the Parties that the above captioned case is now settled. The Complaint filed herein by Plaintiff against the Defendant, Oktibbeha County, Mississippi, together with the civil actions stated therein and the demands made or which might have been made for relief therein by the Plaintiff, shall be, and the same hereby are, dismissed with full prejudice.

ACCORDINGLY, IT IS ORDERED this action should be dismissed with full prejudice.

This the 8th day of August, 2017.

                                                            /s/ Sharion Aycock
                                                            UNITED STATES DISTRICT JUDGE